# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159035(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 159035
COA: 336663
Oakland CC: 2016-257377-FH

MICHAEL DORVALL COLEMAN,
    Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to supplement the application for leave to appeal with his pro per Standard 4 brief that was filed in the Court of Appeals is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



Clerk